AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MARTIN, BEVERLY B. | Eleventh Circuit | 08/18/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

56 Forsyth Street NW
Atlanta, GA 30303

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Federal Judges Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 08/18/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University College of Law | 03/02/15 - 03/03/15 | Raleigh, NC | Speach to Law Students | Transportation, Meals and Lodging |
| 2. | Northwestern University College of Law | 03/05/15 - 03/07/15 | Chicago, IL | Moot Court Competition | Transportation, Meals and Lodging |
| 3. | New York University College of Law | 03/27/15 - 03/29/15 | New York, NY | Scholarship Interviews | Transportation, Meals and Lodging |
| 4. | Federal Judges Association | 04/13/15 - 04/15/15 | Washington, DC | Board Meeting | Transportation, Meals and Lodging |
| 5. | American Law Institute | 05/17/15 - 05/19/15 | Washington, DC | New Member Induction | Transportation and Lodging |

| 6. | University of Tennessee College of Law | 11/05/15 - 11/07/15 | Knoxville, TN | Moot Court Competition | Transportation, Meals and Lodging |
|---|---|---|---|---|---|
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 08/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America checking Account | A | Int./Div. | L | T | | | | | |
| 2. Bank of America Money Market Account | A | Int./Div. | J | T | | | | | |
| 3. Bank of America Money Market Account | A | Int./Div. | J | T | | | | | |
| 4. Blackrock Global Floating Rate Income | | None | | | Sold | 01/20/15 | K | | |
| 5. Energy Sector SPDR Trust | A | Dividend | K | T | Buy | 01/20/15 | K | | |
| 6. | | | | | Sold (part) | 02/09/15 | J | A | |
| 7. | | | | | Sold | 07/20/15 | K | | |
| 8. | | | | | Buy | 08/25/15 | K | | |
| 9. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 10. Financial Sector SPDR Trust ETF | B | Dividend | L | T | Buy (add'l) | 01/20/15 | J | | |
| 11. | | | | | Buy (add'l) | 02/27/15 | J | | |
| 12. | | | | | Buy (add'l) | 03/06/15 | K | | |
| 13. | | | | | Buy (add'l) | 08/12/15 | J | | |
| 14. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 15. | | | | | Buy (add'l) | 12/23/15 | J | | |
| 16. Financial Sector SPDR Trust ETF (IRA) | A | Dividend | J | T | Buy (add'l) | 03/12/15 | J | | |
| 17. | | | | | Buy (add'l) | 09/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 08/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Industrial Sector SPDR Trust Shares | A | Dividend | | | Sold | 09/02/15 | L | | |
| 19. Industrial Sector SPDR Trust Shares (IRA) | A | Dividend | | | Sold | 09/02/15 | J | | |
| 20. Ishares Core MSCI Emerging Markets ETF | | None | | | Buy | 07/10/15 | K | | |
| 21. | | | | | Sold | 08/17/15 | K | | |
| 22. Ishares Currency Hedged MSCI Eurozone ETF | A | Dividend | L | T | Buy | 08/31/15 | L | | |
| 23. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 24. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 25. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 26. | | | | | Buy (add'l) | 12/23/15 | J | | |
| 27. Ishares Currency Hedged MSCI Eurozone ETF (IRA) | A | Dividend | K | T | Buy | 08/31/15 | J | | |
| 28. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 29. IsharesIBOXX $ INVT Grade Corporate Bond | A | Dividend | J | T | | | | | |
| 30. Ishares IBOXX High Yield Corp Bond ETF DE | A | Dividend | | | Sold | 03/06/15 | K | | |
| 31. Ishares MSCI All Ctry Asia EX Japan | A | Dividend | | | Buy (add'l) | 01/20/15 | K | | |
| 32. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 33. | | | | | Sold | 07/10/15 | K | | |
| 34. Ishares MSCI All Ctry Asia EX Japan (IRA) | A | Dividend | | | Buy | 01/26/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 08/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 36. | | | | | Sold | 08/18/15 | J | | |
| 37. Ishares MSCI EAFE ETF | A | Dividend | K | T | Buy | 08/31/15 | K | | |
| 38. Ishares MSCI Emerging Markets ETF | A | Dividend | K | T | Buy | 08/31/15 | K | | |
| 39. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 40. Ishares MSCI Emerging Markets ETF (IRA) | A | Dividend | J | T | Buy | 08/31/15 | J | | |
| 41. Ishares MSCI PAC EX Japan ETF | | None | | | Sold | 01/20/15 | K | | |
| 42. | | | | | Buy | 07/10/15 | K | | |
| 43. | | | | | Sold (part) | 08/21/15 | J | | |
| 44. | | | | | Sold (part) | 08/31/15 | J | | |
| 45. | | | | | Sold | 09/02/15 | J | | |
| 46. Ishares MSCI PAC EX Japan ETF (IRA) | | None | | | Sold | 01/26/15 | J | | |
| 47. | | | | | Buy | 08/18/15 | J | | |
| 48. | | | | | Sold (part) | 08/21/15 | J | | |
| 49. | | | | | Sold | 09/02/15 | J | | |
| 50. Ishares S&P Europe 350 | B | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 51. | | | | | Buy (add'l) | 01/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 08/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 03/06/15 | K | A | |
| 53. | | | | | Sold | 08/31/15 | L | | |
| 54. Ishares S&P Europe 350 (IRA) | A | Dividend | | | Buy | 03/12/15 | J | | |
| 55. | | | | | Sold | 08/31/15 | J | | |
| 56. Ishares Select Divid ETF DE | C | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 57. | | | | | Sold (part) | 03/06/15 | K | A | |
| 58. | | | | | Sold (part) | 03/11/15 | K | A | |
| 59. | | | | | Sold (part) | 09/02/15 | J | | |
| 60. | | | | | Sold (part) | 09/03/15 | J | | |
| 61. | | | | | Sold (part) | 09/15/15 | K | | |
| 62. | | | | | Sold (part) | 11/03/15 | J | A | |
| 63. | | | | | Sold (part) | 12/23/15 | J | A | |
| 64. Ishares Select Divid ETF DE (IRA) | A | Dividend | K | T | Sold (part) | 03/09/15 | J | A | |
| 65. | | | | | Sold (part) | 03/11/15 | J | A | |
| 66. | | | | | Sold (part) | 03/12/15 | J | A | |
| 67. | | | | | Sold (part) | 09/03/15 | J | | |
| 68. Ishares U.S. Technology ETF | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 08/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 12/23/15 | L | D | |
| 70. Ishares U.S. Technology ETF (IRA) | A | Dividend | J | T | Buy (add'l) | 03/12/15 | J | | |
| 71. J.M. & Star, Macon, Bibb County, GA | B | Rent | K | W | | | | | |
| 72. Lone Star Corp | E | Dividend | M | W | | | | | |
| 73. Powershares QQQ Trust ETF Ser 1 | | None | L | T | Buy | 12/23/15 | L | | |
| 74. SPDR S&P Biotech ETF DE | A | Dividend | | | Sold | 01/16/15 | L | D | |
| 75. | | | K | T | Buy | 09/01/15 | J | | |
| 76. | | | | | Buy (add'l) | 09/02/15 | K | | |
| 77. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 78. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 79. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 80. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 81. SPDR S&P Biotech EFT (IRA) | A | Dividend | J | T | Buy | 09/01/15 | J | | |
| 82. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 83. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 84. | | | | | Buy (add'l) | 9/29/15 | J | | |
| 85. SPDR S&P Homebuilders ETF | A | Dividend | | | Buy | 09/15/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 08/18/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 12/23/15 | K | | |
| 87. UBS Bank USA Dep Acct (IRA) | A | Interest | J | T | | | | | |
| 88. UBS Bank USA Deposit | A | Interest | K | T | | | | | |
| 89. Vanguard Energy ETF | | None | | | Buy | 07/20/15 | K | | |
| 90. | | | | | Sold (part) | 08/21/15 | J | | |
| 91. | | | | | Sold | 08/25/15 | K | | |
| 92. Vanguard FTSE ALL WO X-US SC (IRA) | A | Dividend | | | Sold | 08/21/15 | J | | |
| 93. Vanguard FTSE Developed Mkt ETF | A | Int./Div. | | | Buy (add'l) | 01/21/15 | J | | |
| 94. | | | | | Sold (part) | 03/06/15 | J | A | |
| 95. | | | | | Sold (part) | 08/21/15 | J | | |
| 96. | | | | | Sold | 08/31/15 | L | | |
| 97. Vanguard FTSE Emerging Mkts ETF | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 98. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 99. | | | | | Sold | 07/10/15 | K | | |
| 100. | | | | | Buy | 08/17/15 | K | | |
| 101. | | | | | Sold (part) | 08/21/15 | J | | |
| 102. | | | | | Sold | 08/31/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 08/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard FTSE Emerging Mkts ETF (IRA) | A | Dividend | | | Buy | 01/26/15 | J | | |
| 104. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 105. | | | | | Sold (part) | 08/21/15 | J | | |
| 106. | | | | | Sold | 08/31/15 | J | | |
| 107. Vanguard FTSE Europe ETF | A | Dividend | L | T | Buy | 08/31/15 | L | | |
| 108. | | | | | Sold (part) | 11/03/15 | J | A | |
| 109. Vanguard FTSE Europe ETF (IRA) | A | Dividend | J | T | Sold (part) | 03/09/15 | J | | |
| 110. | | | | | Sold | 03/12/15 | K | | |
| 111. | | | | | Buy | 08/31/15 | J | | |
| 112. Vanguuard Index Funds Vanguard Growth ETF | B | Dividend | M | T | Buy | 01/20/15 | J | | |
| 113. | | | | | Buy (add'l) | 01/27/15 | J | | |
| 114. | | | | | Buy (add'l) | 03/11/15 | K | | |
| 115. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 116. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 117. Vanguard Index Funds Vanguard Growth ETF (IRA) | A | Dividend | J | T | Buy (add'l) | 03/11/15 | K | | |
| 118. Vanguard Index Funds Vanguard Mid Cap ETF | B | Dividend | M | T | Buy (add'l) | 01/20/15 | J | | |
| 119. | | | | | Buy (add'l) | 08/12/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 08/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 121. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 122. Vanguard Index Funds Vanguard Mid Cap ETF (IRA) | A | Dividend | K | T | | | | | |
| 123. Vanguard Index Funds Vanguard Small Cap ETF | B | Dividend | M | T | Buy (add'l) | 01/20/15 | J | | |
| 124. | | | | | Buy (add'l) | 08/12/15 | J | | |
| 125. | | | | | Buy (add'l) | 09/02/15 | K | | |
| 126. | | | | | Buy (add'l) | 12/23/15 | J | | |
| 127. Vanguard Index Funds Vanguard Small Cap ETF (IRA) | A | Dividend | K | T | Buy (add'l) | 01/14/15 | J | | |
| 128. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 129. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 130. Vanguard Index Funds Vanguard Value ETF | D | Dividend | M | T | Buy (add'l) | 01/20/15 | J | | |
| 131. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 132. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 133. | | | | | Sold (part) | 09/29/15 | J | | |
| 134. | | | | | Buy (add'l) | 12/23/15 | J | | |
| 135. Vanguard Index Funds Vanguard Value ETF (IRA) | A | Dividend | K | T | Buy (add'l) | 08/28/15 | J | | |
| 136. | | | | | Sold (part) | 09/29/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 08/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Vanguard Sector Index FD Vanguard Health Care | B | Dividend | M | T | Buy (add'l) | 08/04/15 | L | | |
| 138. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 139. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 140. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 141. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 142. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 143. Vanguard Sector Index FD Vanguard Health Care (IRA) | A | Dividend | K | T | Buy (add'l) | 08/28/15 | J | | |
| 144. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 145. Wisdomtree Emerging Equity Income (IRA) | | None | | | Sold | 01/26/15 | J | | |
| 146. Wisdomtree Europe Hedg SM EQ ETF | A | Dividend | J | T | Buy | 06/09/15 | J | | |
| 147. | | | | | Buy (add'l) | 07/10/15 | J | | |
| 148. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 149. Wisdomtree Trust Japan Hedged Equity FD | C | Dividend | L | T | Sold (part) | 09/01/15 | J | A | |
| 150. Wisdomtree Trust Japan Hedged Equity FD (IRA) | A | Dividend | J | T | Sold (part) | 09/01/15 | J | A | |
| 151. Wisdomtree Trust Europe Hedged Equity FD ETF | B | Dividend | | | Buy | 01/26/15 | J | | |
| 152. | | | | | Buy (add'l) | 03/06/15 | L | | |
| 153. | | | | | Sold | 08/31/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 08/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Wisdomtree Trust Europe Hedged Equity FD ETF (IRA) | A | Dividend | | | Buy | 01/26/15 | J | | |
| 155. | | | | | Buy (add'l) | 03/09/15 | J | | |
| 156. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 157. | | | | | Sold | 08/31/15 | J | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 08/18/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Amendments

In Part VII, lines 1-3, the names of the financial institutions have been added.

In Part VII, line 87 shows the addition of UBS Bank USA Dep Acct (IRA) which was inadvertantly left off of the initial 2015 report.

In Part VII, line 88 shows the addition of UBS Bank USA Deposit which was inadvertantly left off of the initial 2015 report.

In Part VII, line 145 shows the correct name for the stock (Wisdomtree Emerging Equity Income (IRA)) which was listed incorrectly on the initial 2015 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **BEVERLY B. MARTIN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544